IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01024–WYD–KMT

BARBARA WAGENSELLER,

    Plaintiff,

v.

KEVIN PADDEN,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Permission to Appear at the Scheduling Conference Telephonically" (#15, filed September 15, 2009) is GRANTED. Counsel shall call **(303) 335-2780** at the scheduled time.

Dated: September 18, 2009