IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01024-MEH-KMT

BARBARA WAGENSELLER,

     Plaintiff,

v.

KEVIN PADDEN,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 13, 2009**.

     Defendant's Unopposed Motion to Vacate [and Reschedule] the October 19, 2009 Status Conference [filed October 13, 2009; docket #29] is **granted**. The Status Conference currently scheduled for October 19, 2009 is vacated and rescheduled to **October 23, 2009 at 9:30 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Counsel for the parties may appear by telephone by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.

     Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.