IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01024-MEH-KMT

BARBARA WAGENSELLER,

    Plaintiff,

v.

KEVIN PADDEN,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice [docket #33]. The Court, having considered the Stipulation, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay his or her own costs and attorney's fees.

Dated in Denver, Colorado, this 29th day of December, 2009.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge